IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IESHA PATTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. SA-24-CV-839-FB** |
| | § | |
| **PROCOLLECT, INC, and COPERNICUS** | § | |
| **REALTY, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Court has considered the Report and Recommendation of United States Magistrate Judge filed in the above-captioned cause on February 24, 2026 (ECF No. 37).   According to the CM/ECF system, the Report and Recommendation was electronically transmitted to Defendants on February 24, 2026, and sent by certified mail, return receipt requested to Plaintiff (ECF No. 38) on that same date.  According to the USPS tracking system, the certified mail addressed to Plaintiff Iesha Patton containing the Report and Recommendation of United States Magistrate Judge was returned by the United States Postal Service with the notation "Unclaimed/Being Returned to Sender."[1]  To date, no objections or response to the Report have been filed.[2]  The Court has reviewed the electronic docket sheet in this case and does not find a recent change of address notification filed by the Plaintiff.  The address used by the Court was the one submitted in November of 2024 (ECF No. 22).

---

[1] https://tools.usps.com/go/TrackConfirmAction_input?origTrackNum=9589071052703783168339

[2] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing ." FED. R. CIV. P. 5(b)(2)(C).  If service is made by electronic means, "service is complete upon transmission." *Id*. at (E).  When the mode of service is by electronic means, three days are no longer added to the time period to act after being served. *See Heverling v. McNeil Consumer Pharmaceuticals, Co.*, Civil Action No. 1:17-CV-1433, 2018 WL 1293304 at *2 n.3 (M.D. Pa. Mar. 13, 2018) ("On April 28, 2016, the Supreme Court adopted changes to the Federal Rules of Civil Procedure.  In pertinent part, the Court amended Rule 6(d) to remove 'electronic means' as a mode of service triggering an additional three days to act when a responsive period commences upon service. *See* FED. R. CIV. P. 6, advisory committee's note to 2016 amendment.  The amendments took effect on December 1, 2016.").

In the Report, United States Magistrate Judge Richard B. Farrer recommends that Defendant ProCollect, Inc.'s Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1) (ECF No. 33) should be DENIED. The Court agrees.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), <u>*cert. denied*</u>, 492 U.S. 918 (1989). The Recommendation shall therefore be accepted pursuant to 28 U.S.C. § 636(b)(1) such that Defendant ProCollect, Inc.'s Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1) (ECF No. 33) shall be DENIED.

Accordingly, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge filed in this cause on February 24, 2026 (docket #ECF No. 37), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant ProCollect, Inc.'s Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1) (ECF No. 33) is DENIED.

It is so ORDERED.

SIGNED this 26th day of March, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE